UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Jerome Cooper  
    Nova Kline  
        Debtor(s)

Case No. 11 B 21131

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/18/2011.

2) The plan was confirmed on 07/07/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was Dismissed on 08/21/2014.

6) Number of months from filing to last payment: 39.

7) Number of months case was pending: 41.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $8,916.60 |
| Less amount refunded to debtor | $636.60 |

**NET RECEIPTS:** **$8,280.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,484.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $363.74 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$3,847.74**

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAM Inc | Unsecured | 1,859.00 | NA | NA | 0.00 | 0.00 |
| Aaron's Inc | Unsecured | 746.00 | 1,113.50 | 1,113.50 | 184.74 | 0.00 |
| ACC International | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| American Collections & Credit | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 396.00 | 248.13 | 248.13 | 41.17 | 0.00 |
| American InfoSource LP | Unsecured | 519.00 | 425.65 | 425.65 | 70.62 | 0.00 |
| America's Financial Choice Inc | Unsecured | 946.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 750.00 | 2,364.34 | 2,364.34 | 392.28 | 0.00 |
| Asset Acceptance | Unsecured | NA | 307.50 | 307.50 | 51.02 | 0.00 |
| Best Service Company | Unsecured | 246.00 | 246.63 | 246.63 | 15.51 | 0.00 |
| Capital Management | Unsecured | 973.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 334.00 | NA | NA | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago | Unsecured | 770.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 4,400.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 10,600.00 | 9,137.40 | 9,137.40 | 1,516.03 | 0.00 |
| CMRE Financial Svcs | Unsecured | 528.00 | NA | NA | 0.00 | 0.00 |
| Collectors Training Ins. | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| EPMG Of Illinois | Unsecured | 875.00 | NA | NA | 0.00 | 0.00 |
| Financial Recovery | Unsecured | 778.00 | NA | NA | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| Firstsource Fin Sol | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| Harvard Collection Services In | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| Helvey Associates | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| HZB Financial Services | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 1,201.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 382.00 | 382.00 | 382.00 | 63.38 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 440.67 | 440.67 | 73.12 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 500.00 | 1,525.00 | 1,525.00 | 253.02 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Jefferson Capital Systems LLC | Unsecured | NA | 430.00 | 430.00 | 71.35 | 0.00 |
| Loan Express Company | Unsecured | 298.00 | 298.00 | 298.00 | 49.44 | 0.00 |
| Loan Express Company | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 725.00 | NA | NA | 0.00 | 0.00 |
| MiraMed Revenue Group, LLC | Unsecured | 401.00 | NA | NA | 0.00 | 0.00 |
| National Quick Cash | Unsecured | NA | 409.59 | 409.59 | 67.96 | 0.00 |
| National Quick Cash | Unsecured | 659.00 | 250.23 | 250.23 | 41.52 | 0.00 |
| Paul D Lawent | Unsecured | 7,269.00 | 7,941.90 | 7,941.90 | 1,317.68 | 0.00 |
| Peoples Energy Corp | Unsecured | 553.00 | 553.91 | 553.91 | 91.90 | 0.00 |
| Resurrection Health Care | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Sacred Heart Hospital | Unsecured | 1,068.00 | NA | NA | 0.00 | 0.00 |
| SC Services And Associates | Unsecured | 1,423.00 | NA | NA | 0.00 | 0.00 |
| Sinai Medical Group | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| Sun Cash | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Transworld Systems Inc | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 619.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 737.00 | NA | NA | 0.00 | 0.00 |
| Vativ Recovery Solutions LLC | Unsecured | NA | 792.67 | 792.67 | 131.52 | 0.00 |
| Village Radiology, Ltd. | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| West Suburban Medical Center | Unsecured | 527.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$26,867.12** | **$4,432.26** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $3,847.74 |
| Disbursements to Creditors | $4,432.26 |
| **TOTAL DISBURSEMENTS** : | **$8,280.00** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/14/2014        By: /s/ Marilyn O. Marshall
                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.